AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David M. Maltinsky | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-4031 |
| Kashyap P. Patel, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David M. Maltinsky.

Date: November 19, 2025

*Attorney's signature*

Margaret M. Donovan, D.D.C. Bar # CT0026
*Printed name and bar number*

Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604
*Address*

MDonovan@Koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*