# EXHIBIT A

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

David M. Maltinsky
_____     )
Plaintiff(s)                         )
                                     )
vs.                                  )        Case Number:   1:25-cv-4031-RJL
                                     )
Kashyap P. Patel, et al.          ✚  )
_____     )
Defendant(s)

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  **Christopher M. Mattei**

2. State bar membership number: **425074**

3. Business address, telephone and fax numbers:

   **Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   **State of Connecticut, U.S.D.C. for the District of Connecticut, U.S.C.A. 2d Cir.**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐     No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐    No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  **Two (1:25-cv-325-JMC; 1:25-cv-1365-AHA); one pending (1:25-cv-3109-JMC)**

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?   **N/A**

9. Do you have a pending application for admission into USDC for the District of Columbia?   **N/A**

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☑  has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑  has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐  has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

November 25, 2025
_____
DATE

_____
SIGNATURE  OF  ATTORNEY