AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| David M. Maltinsky | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04031-RJL |
| KASHYAP P. PATEL, in his official capacity as Director of the Federal Bureau of Investigation, et al. | ) ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David M. Maltinsky.

Date: 12/04/2025

*Attorney's signature*

Christopher M. Mattei, Pro Hac Vice CT27500
*Printed name and bar number*

Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604
*Address*

CMattei@Koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*