**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID MALTINSKY, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:25-cv-4031-RJL |
| KASHYAP P. PATEL, *et al.* | |
| Defendants. | |

## NOTICE OF SERVICE

NOW COMES the Plaintiff, by and through his undersigned counsel, to respectfully inform the Court that for the purposes of Civil Action No. 1:25-cv-4031-RJL, the United States Attorney's Office for the District of Columbia acknowledged service was effected on November 20, 2025. *See* Exhibit 1.

Date: January 6, 2026

Respectfully submitted,

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar No. CT0026)
Christopher Mattei (Pro Hac Vice)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com