# EXHIBIT 1

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date:** November 23, 2025 at 8:44:07 PM EST
**To:** Kerrie Riggs <kriggs@katorparks.com>
**Subject: RE: Maltinsky v. Patel, et al., 25-4031**

Your service package has been received and accepted with a service date of

November 20, 2025.  Thank you.

---

**From:** Kerrie Riggs <kriggs@katorparks.com>
**Sent:** Thursday, November 20, 2025 12:20 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Margaret Donovan <mdonovan@koskoff.com>
**Subject:** [EXTERNAL] RE: Maltinsky v. Patel, et al., 25-4031

Please see the attached with the executed summonses for the Complaint in 1:25-cv-4031, Maltinsky v. Patel et al.

Please note the Summons addressed to the following:  Kashyap Patel in his official capacity, FBI, Pamela Bondi in her official capacity, DOJ, and the United States Attorney's Office for the District of Columbia.

Additionally, I have again attached the Sealed Notice of Filing of Plaintiff's Residential Address and the Notice of Filing for that document.

Please acknowledge receipt of this email at your earliest convenience.

Thanks,

Kerrie D. Riggs
Kator, Parks, Weiser & Wright, P.L.L.C.
1150 Connecticut Ave., N.W., Suite 705
Washington, D.C. 20036
(202) 898-4800
Fax: (202) 289-1389
kriggs@katorparks.com
Pronouns: she/her/hers