IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. MALTINSKY,<br><br>*Plaintiff*,<br><br>v.<br><br>KASHYAP P. PATEL, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-4031-RJL |

## NOTICE OF APPEARANCE

Please take notice that by this filing, undersigned attorney Natalie M. Villalon, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as lead counsel on behalf of Defendants in this case.

Dated: January 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 */s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar #90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel.: (202) 860-9963
Fax: (202) 616-8470
Email: Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*

1