IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. MALTINSKY<br><br>*Plaintiff*,<br><br>v.<br><br>KASHYAP P. PATEL, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-4031-RJL |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ESTABLISH A BRIEFING SCHEDULE**

Defendants respectfully move for a brief extension of their time to answer or otherwise respond to the operative complaint in this case, and for a schedule for briefing Defendants' anticipated motion pursuant to Federal Rule of Civil Procedure 12. Defendants conferred with counsel for Plaintiff as to the relief sought in this motion on January 6, 2026. The parties are in agreement as to the relief sought and the briefing schedule proposed below.

In support of the motion, Defendants state as follows.

1. Plaintiff filed the operative complaint on November 19, 2025, and served the complaint on November 20, 2025, such that Defendants' responsive pleading is due on January 20, 2026, by operation of Federal Rule of Civil Procedure 12(a)(2).

2. Good cause exists for an extension of Defendants' deadline to respond to the complaint. This is the first such request for extension. Undersigned counsel was recently assigned to this matter and requires additional time to review the allegations and the record, consult with the agency, and prepare an appropriate response, which will require review by supervisory officials within multiple components within the Department of Justice. In light of these necessary steps,

1

and the demands of other litigation being handled by undersigned counsel (including several other court-ordered briefing deadlines that fall within the same timeframe), this modest request for an extension is appropriate.

3. The parties have reached an agreement on the below schedule for briefing Defendants' anticipated motion to dismiss the complaint:

- Defendants' deadline to respond to Complaint (MTD): February 19, 2026
- Plaintiff's response to Government's MTD: March 23, 2026
- Government's deadline to reply ISO its MTD: March 30, 2026

A proposed order is attached.

Dated: January 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar #90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel.: (202) 860-9963
Fax: (202) 616-8470
Email: Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*