UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DAVID M. MALTINSKY

*Plaintiff*,

v.

KASHYAP P. PATEL, *et al*

*Defendants*.

Civil Action No. 25-cv-4031 (RJL)

--------------------------------------------------------------------------------------------------------

### CONSENT MOTION TO FILE AN AMENDED COMPLAINT AND JOINT PROPOSED DEADLINES

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff David Maltinsky respectfully requests that the Court grant Plaintiff's Consent Motion to File an Amended Complaint.  Furthermore, the parties seek to reset the deadlines as follows:

Defendants' Answer/Response/Dispositive Motion to the Amended Complaint: **deadline is 30 days from the filing date of the amended complaint**

Plaintiff's response to all dispositive motions[1]: **deadline is 30 days from the filing of Defendants' motion**

Defendants' reply in support of its motion: **deadline is 7 days from Plaintiff's response**

A memorandum in support, a proposed order, and the First Amended Complaint are

---

[1] Plaintiff's current deadline to file a response to Defendant's Partial Motion to Dismiss (Dkt No. 12) is May 7, 2026.  This deadline would be extended such that Plaintiff only files one responsive pleading.

attached.

<strong>STATEMENT OF LCvR 7(m) CONFERENCE</strong>

Undersigned counsel for Plaintiffs certify that they conferred with Defendants' counsel and the Defendants consented to Plaintiff's motion in writing.

Dated: May 5, 2026.

/s/ Christopher M. Mattei
Christopher M. Mattei
  *Pro hac vice*
Margaret M. Donovan
  D.D.C. No. CT0026
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
cmattei@koskoff.com
mdonovan@koskoff.com
*Attorneys for Plaintiff David M. Maltinsky*

/s/ Kerrie D. Riggs
Kerrie D. Riggs
  D.D.C. No. 995784
Jeremy D. Wright
  (*Pro hac vice forthcoming*)
KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.
1150 Connecticut Ave., N.W., Suite 705
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389
kriggs@katorparks.com
jwright@katorparks.com
*Attorneys for Plaintiff David M. Maltinsky*

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
  D.C. Bar No. 1724093
MARY L. DOHRMANN
  D.C. Bar No. 90042577

SYDNEY FOSTER
 D.C. Bar No. 982340
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
nzelinsky@washingtonlitigationgroup.org
mdohrmann@washingtonlitigationgroup.org
sfoster@washingtonlitigationgroup.org
*Attorneys for Plaintiff David M. Maltinsky*

3