**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID M. MALTINSKY<br><br>   *Plaintiff*,<br><br>  v.<br><br>KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-04031-RJL |

## DEFENDANTS' PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT

Under Federal Rule of Civil Procedure 12, Defendants Kashyap P. Patel (in his official capacity as Director of the Federal Bureau of Investigation), the Federal Bureau of Investigation, Todd Blanche (in his official capacity as Acting Attorney General of the United States),[1] and the U.S. Department of Justice respectfully move to dismiss Counts Three, Four, Five, Six, and Nine from the Amended Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6), and to dismiss the Amended Complaint's request for monetary relief, including back pay, for lack of subject matter jurisdiction under Rule 12(b)(1). The grounds for seeking the requested relief are set forth in the attached Memorandum in Support of Defendants' Partial Motion to Dismiss the Amended Complaint. A proposed order is attached.

---

[1] The Complaint names as a Defendant Pamela J. Bondi in her official capacity as then-Attorney General of the United States. Under Federal Rule of Civil Procedure 25(d), Todd Blanche, the Acting Attorney General, is automatically substituted as a Defendant.

Dated: June 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
DC Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 860-9963
Email: Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*