**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID MALTINSKY, | |
| *Plaintiff,* | |
| v. | No. 25-cv-4031-RJL |
| KASHYAP P. PATEL *et al.*, | |
| *Defendants.* | |

**[PROPOSED] ORDER**

This matter having come before the Court on Plaintiff's Motion to Schedule Rule 16 Conference (the "Motion"), and having considered the Motion, Defendants' Opposition thereto, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion be, and hereby is, **GRANTED**, and a Rule 16 Conference in this matter shall be held on _____, 2026, at _____ am/pm.

**SO ORDERED**.


Dated: _____            _____

                                                      Hon. Richard J. Leon
                                                      United States District Court Judge