**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID MALTINSKY,

         *Plaintiff*,

    v.                                                            No. 25-cv-4031-RJL

KASHYAP P. PATEL *et al.*,

         *Defendants*.

**NOTICE OF APPEARANCE**

Please take notice that Rosa L. Baum enters her appearance as counsel for Plaintiff David M. Maltinsky in this matter.

July 15, 2026

/s/ Rosa L. Baum
ROSA L. BAUM
 (D.C. Bar No. 90032839)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
rbaum@washingtonlitigationgroup.org

1